## GOLDSTEIN & GOLDSTEIN, LLP
### ATTORNEYS AT LAW
60 Evergreen Place • Suite 502 • East Orange • NJ  07018
www.goldsteinlaw.com

| | |
|---|---|
| Richard Goldstein, Esq. *** | Tel:  (973) 675-8277 |
| Michael J. Goldstein, Esq. ☦ * | Fax:  (973) 675-5674 |
| Keri Avellini, Esq. ** | |

☦    Certified Civil Trial Attorney
\*\*\*  admitted in NJ, NY & FL
\*\*   admitted in NJ, NY and CA
\*    admitted in NJ & NY

March 25, 2021

The Honorable John M. Vazquez
United States District Court
District of New Jersey
US Courthouse & MLK Buiilding
Room PO 3
50 Walnut Street
Newark, NJ 07101

**Re:    Christopher Donohue v. SOMSD, et als.**
**       Case No: 2:21-cv-1374**

Dear Judge Vazquez:

As per the Court's instructions, this correspondence is to advise that Plaintiffs in the above matter are renewing their motion for a TRO/PI as to the parties named in the Second Amended Complaint.

Thank you for the Court's courtesies in this regard.

Respectfully submitted,

*Keri Avellini, Esq.*

Keri Avellini, Esq.

cc: *Rita Barone, Esq. & Colin Lynch, Esq. via ECF*